**Order entered July 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00166-CV

### FRED GOINES, Appellant

### V.

### JULIE GOINES, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-07647**

## ORDER

The reporter's record in this case is overdue. By postcard dated March 22, 2016, we notified the official court reporter for the 256th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Glenda Johnson to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification no hearings were recorded. *We notify appellant that if we receive verification he has not requested the record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Glenda Johnson, Official Court Reporter, 256th Judicial District Court.

/s/    CRAIG STODDART
JUSTICE